B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Champion Steel of Central Florida Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5632043** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1856 Patterson Avenue**<br>**Deland, FL**<br>ZIP Code **32724** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Volusia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 3478**<br>**Deland, FL**<br>ZIP Code **32721** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) | Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Champion Steel of Central Florida Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Champion Steel of Central Florida Corporation** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Robert B. Branson** _____
Signature of Attorney for Debtor(s)

**Robert B. Branson 800988**
Printed Name of Attorney for Debtor(s)

**Law Office of Robert B. Branson**
Firm Name

**1501 E. Concord Street**
**Orlando, FL 32803**

_____
Address

**lawbankruptcy1@aol.com, Tammyb876@aol.com**
**407 894 6834  Fax: 407 894 8559**
Telephone Number

**November 28, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Ellison marsil** _____
Signature of Authorized Individual

**Ellison marsil**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 28, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Champion Steel of Central Florida Corporation**                    Case No. _____

                                                        Debtor(s)          Chapter    **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
     _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

     a. Total assets                                        $_____ **0.00**

     b. Total debts (including debts listed in 2.c., below)    $_____ **0.00**

     c. Debt securities held by more than 500 holders:                     Approximate number of holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |

     d. Number of shares of preferred stock                   **0**                **0**

     e. Number of shares common stock                         **0**                **0**

          Comments, if any:

3. Brief description of Debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Champion Steel of Central Florida Corporation**     Case No. _____
                   Debtor(s)   Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Airgas South**<br>**PO Box 532609**<br>**Atlanta, GA 30353-2609** | **Airgas South**<br>**PO Box 532609**<br>**Atlanta, GA 30353-2609** | **Vendor** | | **35,036.03** |
| **Alro Metals**<br>**PO Box 860673**<br>**Orlando, FL 32886** | **Alro Metals**<br>**PO Box 860673**<br>**Orlando, FL 32886** | **vendor** | | **26,679.10** |
| **American Metals Supply, Inc.**<br>**3119 Queen Palm Drive**<br>**Tampa, FL 33619** | **American Metals Supply, Inc.**<br>**3119 Queen Palm Drive**<br>**Tampa, FL 33619** | **vendor** | | **28,450.01** |
| **Business Card Visa**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **Business Card Visa**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **vendor** | | **18,871.31** |
| **County of Volusia Tax**<br>**PO Box 23237**<br>**Tampa, FL 33623-2237** | **County of Volusia Tax**<br>**PO Box 23237**<br>**Tampa, FL 33623-2237** | **vendor** | | **46,083.21** |
| **Florida Department of Revenu**<br>**5050 W. Tennessee Street**<br>**UCT - 6**<br>**Tallahassee, FL 32399** | **Florida Department of Revenu**<br>**5050 W. Tennessee Street**<br>**UCT - 6**<br>**Tallahassee, FL 32399** | **unemployment tax** | | **27,721.69** |
| **Greene-Hazel Associates, Inc**<br>**10739 Deerwood Park Blvd.**<br>**# 200**<br>**Jacksonville, FL 32256-2873** | **Greene-Hazel Associates, Inc**<br>**10739 Deerwood Park Blvd.**<br>**# 200**<br>**Jacksonville, FL 32256-2873** | **vendor** | | **12,791.20** |
| **High Reach 2**<br>**615 Hickman Circle**<br>**Sanford, FL 32771** | **High Reach 2**<br>**615 Hickman Circle**<br>**Sanford, FL 32771** | **vendor** | | **16,712.93** |
| **Infra-Metals, Co.**<br>**PO Box 409828**<br>**Atlanta, GA 30384-9828** | **Infra-Metals, Co.**<br>**PO Box 409828**<br>**Atlanta, GA 30384-9828** | **vendor** | | **272,538.61** |
| **Mainstreet Community Bank**<br>**204 S. Woodland Blvd.**<br>**Deland, FL 32720** | **Mainstreet Community Bank**<br>**204 S. Woodland Blvd.**<br>**Deland, FL 32720** | **vendor** | | **13,182.52** |
| **Metalplate Galvanizing**<br>**PO Box 1463**<br>**Birmingham, AL 35201** | **Metalplate Galvanizing**<br>**PO Box 1463**<br>**Birmingham, AL 35201** | **vendor** | | **19,254.42** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Nuts & Bolts, Etc.<br>115 Habersham Drive<br>Longwood, FL 32779 | Nuts & Bolts, Etc.<br>115 Habersham Drive<br>Longwood, FL 32779 | vendor | | 20,455.50 |
| PNC Businees Card<br>PO box 856177<br>Louisville, KY 40285-6177 | PNC Businees Card<br>PO box 856177<br>Louisville, KY 40285-6177 | vendor | | 40,750.42 |
| Puget Sound Leasing<br>PO Box 1295<br>Issaquah, WA 98027 | Puget Sound Leasing<br>PO Box 1295<br>Issaquah, WA 98027 | vendor | | 24,647.81 |
| S.F. Travis Company<br>Drawer 490<br>Cocoa, FL 32923-0490 | S.F. Travis Company<br>Drawer 490<br>Cocoa, FL 32923-0490 | Vendor | | 23,072.60 |
| SIMS Crane & Equipment Renta<br>PO Box 11825<br>Tampa, FL 33680-1825 | SIMS Crane & Equipment Renta<br>PO Box 11825<br>Tampa, FL 33680-1825 | Vendor | | 37,883.66 |
| Town & Country Industrial<br>400 west McNah Road<br>Fort Lauderdale, FL 33309 | Town & Country Industrial<br>400 west McNah Road<br>Fort Lauderdale, FL 33309 | vendor | | 20,228.81 |
| Volusia County<br>123 W. Indiana<br>Deland, FL 32720 | Volusia County<br>123 W. Indiana<br>Deland, FL 32720 | tax warrant | | 32,892.96 |
| Whitefab Inc.<br>PO Box 36967<br>Birmingham, AL 35236-6967 | Whitefab Inc.<br>PO Box 36967<br>Birmingham, AL 35236-6967 | vendor | | 24,950.00 |
| Wright Exp aka Fleet Service<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | Wright Exp aka Fleet Service<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | vendor | | 21,260.45 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

            I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 28, 2011**                              Signature   **/s/ Ellison marsil**
                                                                        **Ellison marsil**
                                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                            18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Champion Steel of Central Florida Corporation**                                ,    Case No. _____
                                                          Debtor

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,500,000.00 | | |
| B - Personal Property | Yes | 4 | 3,489,551.99 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,063,722.23 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 63,614.65 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 954,807.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 4,989,551.99 | | |
| Total Liabilities | | | | 2,082,144.54 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Champion Steel of Central Florida Corporation**                          ,    Case No. _____

                                                                                     Debtor

                                                                                     Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re _____Champion Steel of Central Florida Corporation_____,  Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **LEG LOTS 5 + 6 BLK C BROWNS SUBD OF BECK HAMMOCK PB 1 PG 83**<br>**Location: 2690 Richmond Avenue, Sanford, FL** | **Fee simple** | - | **850,000.00** | **554,340.23** |
| **UNIT 302 SALIDA DEL SOL CONDO OR 5957 PG 1744 PER OR 6104 PG 1609 PER OR 6116 PG 2303**<br>**Location: 3737 Atlantic Avenue, Daytona Beach Shores, FL** | **Fee simple** | - | **650,000.00** | **437,382.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,500,000.00** | (Total of this page) |
| Total > | **1,500,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Champion Steel of Central Florida Corporation**                              ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mainstreet Community Bank - checking, payroll, money market** | - | 7,293.38 |
| | | **PNC payroll** | - | 1,198.04 |
| | | **TD payroll -13244.00** | - | 1.00 |
| | | **TD checking -153,543.70** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Direct shop deposit** | - | 1.00 |
| | | **Leasehold Improvement** | - | 1.00 |
| | | **8100 - Interest** | - | 1.00 |
| | | **Note payable account** | - | 1.00 |
| | | **Sanford Electric** | - | 1.00 |
| | | **6 Points Development** | - | 1.00 |
| | | **Utilties** | - | 1.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **machinery/tools, crane, radios, phone system, office furniture, computer equipment, crane, forklift, welding machine, cutting machine, safe, supplies** | - | 1,949,659.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Sub-Total >     1,958,159.42
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation**                         ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | **Multiple** | | **-** | **1,219,391.57** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >       **1,219,391.57**
(Total of this page)

Sheet  __1__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation**       ,      Case No. _____

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | multiple list | - | 1.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Ford F150 | - | 28,000.00 |
| | | 2003 Ford F250 | - | 25,000.00 |
| | | 2006 Ford F350 | - | 25,000.00 |
| | | 2007 Chevy K2500 | - | 28,000.00 |
| | | 2007 Ford F350 | - | 28,000.00 |
| | | 2000 Freightliner Flatbed | - | 25,000.00 |
| | | 2007 Ford F250 | - | 28,000.00 |
| | | 2008 Ford F350 | - | 30,000.00 |
| | | 2008 Ford F350 | - | 30,000.00 |
| | | 2000 International Truck | - | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >     272,001.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation**                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | various inventory | - | 40,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 40,000.00 |
| Total > | 3,489,551.99 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Champion Steel of Central Florida Corporation**        ,    Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Mainstreet Community Bank**<br>**204 S. Woodland Blvd.**<br>**Deland, FL 32720** | | - | **Mortgage**<br><br>**UNIT 302 SALIDA DEL SOL CONDO OR 5957 PG 1744 PER OR 6104 PG 1609 PER OR 6116 PG 2303**<br>**Location: 3737 Atlantic Avenue, Daytona Beach Shores, FL** | | | | | |
| | | | Value $        **650,000.00** | | | | 437,382.00 | 0.00 |
| Account No.<br><br>**PNC Bank NA**<br>**101 W. Washington Street**<br>**5th Floor**<br>**Indianapolis, IN 46255** | | - | **Mortgage**<br><br>**LEG LOTS 5 + 6 BLK C BROWNS SUBD OF BECK HAMMOCK PB 1 PG 83**<br>**Location: 2690 Richmond Avenue, Sanford, FL** | | | | | |
| | | | Value $        **850,000.00** | | | | 536,250.00 | 0.00 |
| Account No.<br><br>**Ray Valdez, Tax Collector**<br>**PO Box 630**<br>**Sanford, FL 32772** | | - | **LEG LOTS 5 + 6 BLK C BROWNS SUBD OF BECK HAMMOCK PB 1 PG 83**<br>**Location: 2690 Richmond Avenue, Sanford, FL** | | | | | |
| | | | Value $        **850,000.00** | | | | 18,090.23 | 0.00 |
| Account No.<br><br>**TD Bank**<br>**PO Box 8400**<br>**Lewiston, ME 04243-8400** | | - | **Purchase Money Security**<br><br>**2008 Ford F350** | | | | | |
| | | | Value $        **30,000.00** | | | | 36,000.00 | 6,000.00 |
| __1__  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,027,722.23 | 6,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation** ,    Case No. _____

_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | **Purchase Money Security** | | | | | |
| **TD Bank** **PO Box 8400** **Lewiston, ME 04243-8400** | - | | | | **2008 Ford F350** | | | | | |
| | | | | | Value $              **30,000.00** | | | | **36,000.00** | **6,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet _**1**___ of _**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **36,000.00** | **6,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,063,722.23** | **12,000.00** |

B6E (Official Form 6E) (4/10)

.

In re __Champion Steel of Central Florida Corporation_____, Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Champion Steel of Central Florida Corporation**
_____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx4478** <br><br> **Florida Department of Revenu 5050 W. Tennessee Street UCT - 6 Tallahassee, FL 32399** | - | | unemployment tax | | | | 27,721.69 | 0.00 | 27,721.69 |
| Account No. **xxxxx2318** <br><br> **Florida Department of Revenu 5050 W. Tennessee Street UCT - 6 Tallahassee, FL 32399** | - | | unemployment comp tax | | | | 3,000.00 | 0.00 | 3,000.00 |
| Account No. <br><br> **Internal Revenue Service 400 W. Bay Street Suite 35045 Stop 5730 Jacksonville, FL 32202** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. **xx-0112** <br><br> **Volusia County 123 W. Indiana Deland, FL 32720** | - | | 2010 <br><br> tax warrant | | | | 32,892.96 | 0.00 | 32,892.96 |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 63,614.65    63,614.65 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 63,614.65    63,614.65 |

B6F (Official Form 6F) (12/07)

In re   **Champion Steel of Central Florida Corporation**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | |
| **Action Bolt & Tool PO Box 10864 West Palm Beach, FL 33419-0864** | - | | | | | | 806.29 |
| Account No. | | | Vendor | | | | |
| **ADK Structural Engineering 1510 E. Colonial Avenue Suite 301 Orlando, FL 32803** | | | | | | | 1,300.00 |
| Account No. | | | Vendor | | | | |
| **Airgas South PO Box 532609 Atlanta, GA 30353-2609** | - | | | | | | 35,036.03 |
| Account No. | | | Vendor | | | | |
| **AISC Dept. 5496 PO Box 3090 Milwaukee, WI 53201** | - | | | | | | 10,440.00 |
| __27__  continuation sheets attached | | | | Subtotal (Total of this page) | | | 47,582.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Champion Steel of Central Florida Corporation__ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | vendor | | | | | | | |
| AISC Industry Fund AISC c/o Legal Professionals, LLP 3411 Eagle Way Chicago, IL 60675 | - | | | | | | | | 456.50 |
| Account No. | | vendor | | | | | | | |
| Akzo Nobel Paints, LLC PO Box 905066 Charlotte, NC 28290-5066 | - | | | | | | | | 1,623.77 |
| Account No. | | vendor | | | | | | | |
| Alfred Briand, Jr. & Sons 1705 Magnolia Avenue Deland, FL 32724 | - | | | | | | | | 120.00 |
| Account No. | | vendor | | | | | | | |
| Allied crawford, Inc. 1500 Fish Hatchery Road Lakeland, FL 33801 | - | | | | | | | | 4,240.17 |
| Account No. | | vendor | | | | | | | |
| Allstar Lift Trucks, Inc. PO Box 590584 Orlando, FL 32859 | - | | | | | | | | 1,309.74 |

Sheet no. __1__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 7,750.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation**    ,    Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | vendor | | | | | |
| **Alro Metals** PO Box 860673 Orlando, FL 32886 | - | | | | | | | 26,679.10 |
| Account No. | | | vendor | | | | | |
| **American Metals Supply, Inc.** 3119 Queen Palm Drive Tampa, FL 33619 | - | | | | | | | 28,450.01 |
| Account No. | | | loan | | | | | |
| **Amerifactors** PO Box 628004 Orlando, FL 32862-8004 | - | | | | | | | **Unknown** |
| Account No. | | | vendor | | | | | |
| **Ancient City Crane Services** 2779 A US 1 South Street Saint Augustine, FL 32085 | - | | | | | | | 650.00 |
| Account No. | | | vendor | | | | | |
| **Art Systems of Florida** 1740 State Road 436 Suite 124 Winter Park, FL 32792 | - | | | | | | | 412.20 |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,191.31

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| Ben's Paint Supply 122 S. Segrave Street Suite 140 Daytona Beach, FL 32114 | - | | | | | | | 428.45 |
| Account No. | | vendor | | | | | | |
| Beyel Brothers, Inc. PO Box 236246 Cocoa, FL 32923-6246 | - | | | | | | | 8,619.87 |
| Account No. | | vendor | | | | | | |
| Brand Energy Solutions PO Box 91473 Chicago, IL 60693-1473 | - | | | | | | | 397.38 |
| Account No. | | vendor | | | | | | |
| Broadview Security PO box 70834 Charlotte, NC 28272-0834 | - | | | | | | | 454.12 |
| Account No. | | vendor | | | | | | |
| Business Card Visa PO Box 15710 Wilmington, DE 19886-5710 | - | | | | | | | 18,871.31 |

Sheet no. __3__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,771.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation**                              ,    Case No. _____
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | vendor | | | | | | |
| Capital Development Prop. 1856 Patterson Avenue Deland, FL 32724 | - | | | | | | | 6,460.15 |
| Account No. | | vendor | | | | | | |
| Capital Machine 911 US Hwy 301 South Tampa, FL 33619 | - | | | | | | | 2,482.61 |
| Account No. | | vendor | | | | | | |
| Central Florida Tool PO Box 78593 Tavares, FL 32778 | - | | | | | | | 10,591.71 |
| Account No. | | vendor | | | | | | |
| Chatham Steel PO Box 930362 Atlanta, GA 31193 | - | | | | | | | 860.33 |
| Account No. | | vendor | | | | | | |
| City of Deland PO Box 863399 Orlando, FL 32886-3399 | - | | | | | | | 698.29 |

Sheet no. __4__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **21,093.09**

B6F (Official Form 6F) (12/07) - Cont.

In re __Champion Steel of Central Florida Corporation__ ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| City of Deland Business 120 S. Florida Avenue Deland, FL 32720 | - | | | | | | | 627.50 |
| Account No. | | vendor | | | | | | |
| Cleveland City Forge 46950 State Route 18 Wellington, OH 44090 | - | | | | | | | 780.72 |
| Account No. | | vendor | | | | | | |
| Coastal Const. Products, Inc 3401 Philips Hwy Jacksonville, FL 32207 | - | | | | | | | 1,560.12 |
| Account No. | | vendor | | | | | | |
| Cobb & Cole PO Box 2491 Daytona Beach, FL 32115-2491 | - | | | | | | | 4,595.12 |
| Account No. | | vendor | | | | | | |
| Coggin Ford 2655 N. Volusia Avenue Orange City, FL 32763 | - | | | | | | | 1,282.42 |

Sheet no. _5_ of _27_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,845.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation** ,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| Consilitated Crane Inspec. | - | | | | | | | |
| | | | | | | | | 300.00 |
| Account No. | | vendor | | | | | | |
| County of Volusia 123 W. Indiana Avenue Room 103 Deland, FL 32720-4602 | - | | | | | | | |
| | | | | | | | | 10,030.56 |
| Account No. | | vendor | | | | | | |
| County of Volusia Tax PO Box 23237 Tampa, FL 33623-2237 | - | | | | | | | |
| | | | | | | | | 46,083.21 |
| Account No. | | vendor | | | | | | |
| Craftsman Detailing PO Box 1328 Gold Bar, WA 98251-1328 | - | | | | | | | |
| | | | | | | | | 1,250.00 |
| Account No. | | vendor | | | | | | |
| Croteau Drafting, Inc. 416 16th Avenue N.E. Saint Petersburg, FL 33704 | - | | | | | | | |
| | | | | | | | | 3,750.00 |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,413.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation** ,              Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | | |
| David Petit 40 Santiago Road Debary, FL 32713-3338 | - | | | | | | | 70.00 |
| Account No. | | | vendor | | | | | |
| Davis & Cleaton Engineering 103 W. Wisconsin Avenue Deland, FL 32720 | - | | | | | | | 9,974.00 |
| Account No. | | | vendor | | | | | |
| Daytona Bolt & Nut 1328 N. Woodland Blvd. Deland, FL 32720 | - | | | | | | | 1,685.19 |
| Account No. | | | vendor | | | | | |
| Decorative Eletro Coating W. 1538 Garden Avenue Daytona Beach, FL 32117 | - | | | | | | | 495.91 |
| Account No. | | | vendor | | | | | |
| Deltacom 1058 PO Box 2252 Birmingham, AL 35246-1058 | - | | | | | | | 811.85 |

Sheet no. __7___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,036.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation** ,                    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| Deluxe Business Checks PO Box 74572 Cincinnati, OH 45274-2574 | - | | | | | | | 421.24 |
| Account No. | | vendor | | | | | | |
| F&M Mafco Department 781 Cincinnati, OH 45269 | - | | | | | | | 528.35 |
| Account No. | | vendor | | | | | | |
| Fabral Department 3473 PO Box 2153 Birmingham, AL 35287-3473 | - | | | | | | | 6,425.00 |
| Account No. | | vendor | | | | | | |
| Faden Builders, Inc. PO Box 242 Tangerine, FL 32777 | - | | | | | | | 11,799.00 |
| Account No. | | vendor | | | | | | |
| Fastenal PO Box 978 Winona, MN 55987-0978 | - | | | | | | | 518.86 |

Sheet no. __8___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **19,692.45**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation**                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | |
| **FEA, Inc. 5333 Pen Avenue Sanford, FL 32773** | - | | | | | | 2,072.00 |
| Account No. | | | vendor | | | | |
| **FICEP Corporation 2301 Industry Court Forest Hill, MD 21050** | - | | | | | | 1,598.84 |
| Account No. | | | vendor | | | | |
| **Florida Dept. of Enviro. 3319 Maguire Blvd. Suite 232 Orlando, FL 32803-3767** | - | | | | | | 4,368.00 |
| Account No. | | | vendor | | | | |
| **Florida Electric Works, Inc. PO Box 1300 Deland, FL 32721-1300** | - | | | | | | 993.30 |
| Account No. | | | vendor | | | | |
| **Florida Surety Bonds, Inc. 620 N. Wymore Road Suite 200 Maitland, FL 32751** | - | | | | | | 2,559.34 |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,591.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation**                        ,        Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | vendor | | | | | |
| **FPL General Mail Facility** **Miami, FL 33188-0001** | - | | | | | | | 212.58 |
| Account No. | | | vendor | | | | | |
| **Gardens Radiology Assoc.** **PO Box 6849** **Duluth, GA 30095-6849** | - | | | | | | | 30.00 |
| Account No. | | | vendor | | | | | |
| **Gardner-Watson Decking, Inc.** **305 Scarlet Blvd.** **Oldsmar, FL 34677** | - | | | | | | | 2,182.48 |
| Account No. | | | vendor | | | | | |
| **GEM Group** | - | | | | | | | 111.34 |
| Account No. | | | vendor | | | | | |
| **GoKlean Products, LLC** **1220 Biscayne Blvd.** **Unit L** **Deland, FL 32724** | - | | | | | | | 115.78 |

Sheet no. __10__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,652.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation**                    ,     Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| Greene-Hazel Associates, Inc 10739 Deerwood Park Blvd. # 200 Jacksonville, FL 32256-2873 | - | | | | | | | 12,791.20 |
| Account No. | | vendor | | | | | | |
| Greg Williams | - | | | | | | | 1,075.00 |
| Account No. | | vendor | | | | | | |
| High Reach 2 615 Hickman Circle Sanford, FL 32771 | - | | | | | | | 16,712.93 |
| Account No. | | vendor | | | | | | |
| Hilti, Inc. PO Box 382002 Pittsburgh, PA 15250-8002 | - | | | | | | | 1,455.48 |
| Account No. | | vendor | | | | | | |
| Hollaender Mfg. Co. PO Box 692071 Cincinnati, OH 45269-2071 | - | | | | | | | 182.56 |

Sheet no. __11__ of __27__ sheets attached to Schedule of          Subtotal          | 32,217.17
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation** ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| **Home Depot Card Services** PO Box 6029 The Lakes, NV 88901-6029 | - | | | | | | | 3,339.45 |
| Account No. | | vendor | | | | | | |
| **House of Threads Corp.** PO Box 277 Birmingham, AL 35201-0277 | - | | | | | | | 4,274.71 |
| Account No. | | vendor | | | | | | |
| **Huntington Equipment Finance** PO Box 701096 Cincinnati, OH 45270-1096 | - | | | | | | | 3,034.00 |
| Account No. | | vendor | | | | | | |
| **Infra-Metals, Co.** PO Box 409828 Atlanta, GA 30384-9828 | - | | | | | | | 272,538.61 |
| Account No. | | vendor | | | | | | |
| **Inphynet Contracting Serv.** PO Box 634702 Cincinnati, OH 45263-4702 | - | | | | | | | 1,199.00 |

Sheet no. __12__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                284,385.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **Champion Steel of Central Florida Corporation** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | |
| Intarsia, Inc. 9550 Satellite Blvd. Suite 180 Orlando, FL 32837 | - | | | | | | 320.00 |
| Account No. | | | vendor | | | | |
| IUOE 2187 Northlake Parkway Building 9 Suite 106 Tucker, GA 30084-4149 | - | | | | | | 400.46 |
| Account No. | | | vendor | | | | |
| IWLU 200 East Landstreet Road Suite A Orlando, FL 32824 | - | | | | | | 321.77 |
| Account No. | | | vendor | | | | |
| Kelly Services PO Box 530437 Atlanta, GA 30353-0437 | - | | | | | | 474.56 |
| Account No. | | | vendor | | | | |
| King Architectural Metals 9611E. RL Thornton Dallas, TX 75228 | - | | | | | | 2,950.00 |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,466.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation**    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | | |
| **Klingspor**<br>**PO Box 2367**<br>**Hickory, NC 28603-2367** | - | | | | | | | 663.93 |
| Account No. | | | vendor | | | | | |
| **LBPS**<br>**PO Box 7162**<br>**Pasadena, CA 91109-7162** | - | | | | | | | 1,562.06 |
| Account No. | | | vendor | | | | | |
| **LeJeune Bolt Company**<br>**3500 W. Highway 13**<br>**Burnsille, AL 35337** | - | | | | | | | 1,066.91 |
| Account No. | | | vendor | | | | | |
| **Loft Painting & Decorating**<br>**PO Box 947570**<br>**Maitland, FL 32794-7570** | - | | | | | | | 550.00 |
| Account No. | | | vendor | | | | | |
| **MacLan Corporation**<br>**PO Box 1906**<br>**Eaton Park, FL 33840** | - | | | | | | | 2,129.33 |

Sheet no. __14__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,972.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | |
| **Mainstreet Community Bank**<br>**204 S. Woodland Blvd.**<br>**Deland, FL 32720** | - | | | | | | 13,182.52 |
| Account No. | | | vendor | | | | |
| **Matheson Tri-Gas**<br>**PO Box 845502**<br>**Dallas, TX 75284-5502** | - | | | | | | 1,837.01 |
| Account No. | | | vendor | | | | |
| **MBCI**<br>**PO Box 840326**<br>**Dallas, TX 75284-7690** | - | | | | | | 14.56 |
| Account No. | | | vendor | | | | |
| **McMaster-Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | - | | | | | | 5,124.82 |
| Account No. | | | vendor | | | | |
| **McNichols, Co.**<br>**PO Box 101211**<br>**Atlanta, GA 30392-1211** | - | | | | | | 526.76 |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **20,685.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation** ,                                   Case No. _____
                                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| Messer Cutting Systtems, Inc Bin 53017 Milwaukee, WI 53288 | - | | | | | | | 2,000.00 |
| Account No. | | vendor | | | | | | |
| Metalplate Galvanizing PO Box 1463 Birmingham, AL 35201 | - | | | | | | | 19,254.42 |
| Account No. | | vendor | | | | | | |
| Midland National Life In. PO Box 77065 Minneapolis, MN 55480-7765 | - | | | | | | | 195.05 |
| Account No. | | vendor | | | | | | |
| Miller Bearings PO Box 3469 Orlando, FL 32802-3469 | - | | | | | | | 816.41 |
| Account No. | | Vendor | | | | | | |
| MMW Connection Design, Inc. PO Box 1128 Auburn, GA 30011 | - | | | | | | | 4,200.00 |

Sheet no. __16__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,465.88

B6F (Official Form 6F) (12/07) - Cont.

In re **Champion Steel of Central Florida Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | |
| **Modern Sales & Service**<br>**3718 Cedar Avenue**<br>**Minneapolis, MN 55407** | - | | | | | | 279.94 |
| Account No. | | | vendor | | | | |
| **Mr. First Aid**<br>**PO Box 521723**<br>**Longwood, FL 32752-1723** | - | | | | | | 1,083.54 |
| Account No. | | | vendor | | | | |
| **NB Handy**<br>**Dept. #1653**<br>**PO Box 11407**<br>**35246-1653** | - | | | | | | 2,507.60 |
| Account No. | | | vendor | | | | |
| **Neff Rental, Inc.**<br>**PO Box 405138**<br>**Atlanta, GA 30384-5138** | - | | | | | | 564.75 |
| Account No. | | | vendor | | | | |
| **NES Rental**<br>**PO Box 8500-1226**<br>**Philadelphia, PA 19178-1226** | - | | | | | | 1,411.30 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,847.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **Champion Steel of Central Florida Corporation** ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | vendor | | | | | | |
| Nuts & Bolts, Etc. 115 Habersham Drive Longwood, FL 32779 | - | | | | | | | | 20,455.50 |
| Account No. | | | vendor | | | | | | |
| Ocean Machinery 6720 NW 15th Way Fort Lauderdale, FL 33309 | - | | | | | | | | 364.23 |
| Account No. | | | vendor | | | | | | |
| Office Depot PO Box 88040 Chicago, IL 60680-1040 | - | | | | | | | | 398.44 |
| Account No. | | | vendor | | | | | | |
| Palm Beach Gardens Medical 3360 Burns Road Palm Beach Gardens, FL 33410-4323 | - | | | | | | | | 1,273.01 |
| Account No. | | | vendor | | | | | | |
| Parknpool, Corp. 130 B Walker Street Lexington, VA 24450 | - | | | | | | | | 1,890.44 |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,381.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| **Patients First** **1160 Apalachee Parkway** **Tallahassee, FL 32301** | - | | | | | | | 329.00 |
| Account No. | | vendor | | | | | | |
| **PDM Bridge** **2800 Melby Street** **Eau Claire, WI 54703** | - | | | | | | | 3,657.41 |
| Account No. | | vendor | | | | | | |
| **Perryman & Associates, Inc.** **3329 Marsh Road** **Deland, FL 32724** | - | | | | | | | 165.00 |
| Account No. | | vendor | | | | | | |
| **PNC Bank** **c/o Brandon Forgione, Esquir** **Broad and Cassel** **One N. Clematis Street, Suit** **West Palm Beach, FL 33401** | - | | | | | | | Unknown |
| Account No. | | vendor | | | | | | |
| **PNC Businees Card** **PO box 856177** **Louisville, KY 40285-6177** | - | | | | | | | 40,750.42 |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       44,901.83

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation**                    ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | vendor | | | | | | | |
| PNC Commercial Loan Oper. PO Box 747046 Pittsburgh, PA 15274-7046 | - | | | | | | | | 11,437.98 |
| Account No. | | vendor | | | | | | | |
| PPG PO Box 536864 Atlanta, GA 30353-6864 | - | | | | | | | | 4,921.48 |
| Account No. | | vendor | | | | | | | |
| Premium Assignment Corp. PO BOx 3066 Tallahassee, FL 32315 | - | | | | | | | | 5,211.10 |
| Account No. | | vendor | | | | | | | |
| Professional Service Indus. 16707 Collestions Center DRi Chicago, IL 60693 | - | | | | | | | | 925.20 |
| Account No. | | vendor | | | | | | | |
| ProSouth Fastners PO Box 10323 Birmingham, AL 35202 | - | | | | | | | | 187.51 |

Sheet no. __20__ of __27__ sheets attached to Schedule of                          Subtotal                    22,683.27
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Champion Steel of Central Florida Corporation** ,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | vendor | | | | | |
| Puget Sound Leasing PO Box 1295 Issaquah, WA 98027 | - | | | | | | | 24,647.81 |
| Account No. | | | vendor | | | | | |
| Purchase Power PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | | 524.92 |
| Account No. | | | vendor | | | | | |
| Railey, Harding & Allen, PA | - | | | | | | | 1,294.85 |
| Account No. | | | Vendor | | | | | |
| Redwire, LLC 1136 Thomasville Rd Tallahassee, FL 32303 | - | | | | | | | 550.92 |
| Account No. | | | Vendor | | | | | |
| Rhonda L Hinds & Assoc 400 E Merrit Avenue, Ste C Merritt Island, FL 32953 | - | | | | | | | 9,085.42 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        36,103.92

B6F (Official Form 6F) (12/07) - Cont.

In re __Champion Steel of Central Florida Corporation__ ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Ring Power Corp PO Box 45022 Jacksonville, FL 32232-5022 | - | | | | | | 2,000.61 |
| Account No. | | | Vendor | | | | |
| S.F. Travis Company Drawer 490 Cocoa, FL 32923-0490 | - | | | | | | 23,072.60 |
| Account No. | | | Vendor | | | | |
| SE Ironworkers Healthcare Pl %GEMGroup 1200 Three Gateway Center Pittsburgh, PA 15222 | - | | | | | | 219.11 |
| Account No. | | | Vendor | | | | |
| Security Networks, LLC 3223 Commerce Place Suite 101 West Palm Beach, FL 33407 | - | | | | | | 213.75 |
| Account No. | | | Vendor | | | | |
| Service Partners of Georgia Attn: Accounts Receivable PO Box 2676 Mechanicsville, VA | - | | | | | | 4,271.79 |

Sheet no. __22__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       29,777.86

B6F (Official Form 6F) (12/07) - Cont.

In re __Champion Steel of Central Florida Corporation__ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| Sherwin-Williams 216 S. Woodland Blvd. Deland, FL 32720 | - | | | | | | | 1,070.68 |
| Account No. | | Vendor | | | | | | |
| SIMS Crane & Equipment Renta PO Box 11825 Tampa, FL 33680-1825 | - | | | | | | | 37,883.66 |
| Account No. | | Vendor | | | | | | |
| Southeastern Freight Lines, Inc. PO Box 100104 Columbia, SC 29202-3104 | - | | | | | | | 47.88 |
| Account No. | | vendor | | | | | | |
| Southern Benfit Adminstrator PO Box 1449 Goodlettsville, TN 37070 | - | | | | | | | 224.00 |
| Account No. | | Vendor | | | | | | |
| Sprint PO Box 4181 Carol Stream, IL 60197-4191 | - | | | | | | | 1,542.76 |

Sheet no. __23__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,768.98

B6F (Official Form 6F) (12/07) - Cont.

In re __Champion Steel of Central Florida Corporation__ ,      Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| Suburban Propane 425 N Adelle Ave Deland, FL 32720 | - | | | | | | | 3,783.68 |
| Account No. | | Vendor | | | | | | |
| TD Bank PO Box 400 Fort Pierce, FL 34954-0400 | - | | | | | | | 1,531.64 |
| Account No. | | Vendor | | | | | | |
| Tennant Printing PO Box 432 Deland, FL 32721-0432 | - | | | | | | | 412.43 |
| Account No. | | Vendor | | | | | | |
| The Swiss Colony PO Box 2814 Monroe, WI 53566-8014 | - | | | | | | | 180.00 |
| Account No. | | vendor | | | | | | |
| Total Visioin Eye Health Asc | - | | | | | | | 120.00 |

Sheet no. __24__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
(Total of this page)     6,027.75

B6F (Official Form 6F) (12/07) - Cont.

In re __Champion Steel of Central Florida Corporation__ ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | vendor | | | | | | |
| Town & Country Industrial 400 west McNah Road Fort Lauderdale, FL 33309 | - | | | | | | | 20,228.81 |
| Account No. | | vendor | | | | | | |
| Travelers CI Remittance Center Hartford, CT 06183-1008 | - | | | | | | | 1,863.60 |
| Account No. | | vendor | | | | | | |
| Triangle Fastner Corporation 4308 Solutions Center Chicago, IL 60677-4003 | - | | | | | | | 2,023.05 |
| Account No. | | vendor | | | | | | |
| Tubular Steel 1031 Executive Pkwy Saint Louis, MO 63141-6351 | - | | | | | | | 4,944.44 |
| Account No. | | vendor | | | | | | |
| UniFirst Corporation 1455 Buffalo Rd Titusville, FL 32796 | - | | | | | | | 3,452.36 |

Sheet no. __25__ of __27__ sheets attached to Schedule of       Subtotal        | 32,512.26 |
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Champion Steel of Central Florida Corporation_____,     Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | vendor | | | | |
| United States Treasury Cincinnati, OH 45999-0039 | - | | | | | | | 147.40 |
| Account No. | | | | vendor | | | | |
| Volusia County Revenue 250 N Beach Street, Room 101 Daytona Beach, FL 32114-3317 | - | | | | | | | 2,690.55 |
| Account No. | | | | vendor | | | | |
| Wagner Companies PO Box 423 Butler, WI 53007-0423 | - | | | | | | | 6,593.52 |
| Account No. | | | | vendor | | | | |
| Wells Fargo PO Box 6426 Carol Stream, IL 60197-6426 | - | | | | | | | 1,846.87 |
| Account No. | | | | vendor | | | | |
| Wells Fargo Bank PO Box 54780 Los Angeles, CA 90054-0780 | - | | | | | | | 1,500.00 |

Sheet no. __26__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,778.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Champion Steel of Central Florida Corporation**                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| **Whitefab Inc. PO Box 36967 Birmingham, AL 35236-6967** | - | | | | | | | 24,950.00 |
| Account No. | | vendor | | | | | | |
| **Wright Exp aka Fleet Service PO Box 6293 Carol Stream, IL 60197-6293** | - | | | | | | | 21,260.45 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __27__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 46,210.45 |
| | Total (Report on Summary of Schedules) | 954,807.66 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Champion Steel of Central Florida Corporation**     ,     Case No._____

                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Hunigton Plasma** | **machine lease - pay off** |
| **Midland National Life In.**<br>**PO Box 77065**<br>**Minneapolis, MN 55480-7765** | **Acct#**<br>**vendor** |
| **Pudget Sound Bender** | **machine lease - payoff** |
| **Pudget Sound Drill Line** | **machine lease - payoff** |
| **Pudget Sound Forklift** | **machine lease - payoff** |
| **Six Points** | **Building lease - 12/2012** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Champion Steel of Central Florida Corporation**            ,    Case No. _____

_____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Champion Steel of Central Florida Corporation**                              Case No. _____
                                                    Debtor(s)          Chapter     **11**          _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **41** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 28, 2011** _____          Signature   **/s/ Ellison marsil** _____
                                                                                  **Ellison marsil**
                                                                                  **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Champion Steel of Central Florida Corporation**                              Case No.

                                                   Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-100,000.00** | **2010 Income** |
| **$-1,700,000.00** | **2009 Income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$247,008.30** | **Personal loans to company** |

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

　　a.　*Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

　　b.　*Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Central Florida Tool & Supply Inc** | | **$9,757.74** | **$10,591.71** |
| **Citicards** | **10/4** **10/19** **10/21** **11/1** **11/3** **11/8** | **$6,750.00** | **$0.00** |
| **FCCI Insurance** | **9/12** | **$10,235.00** | **$0.00** |
| **Florida Surety Bonds** | | **$6,317.55** | **$0.00** |
| **Florida Wire & Rigging Supply** | | **$9,260.45** | **$0.00** |
| **Infra-Metals Co** | **10/3** **10/4** **10/4** **10/18** **10/27** **10/27** **10/27** **11/7** | **$203,259.81** | **$272,538.61** |
| **Mainstreet Community Bank** | **8/30** **10/31** | **$6,591.26** | **$13,182.52** |
| **Nucor/Vulcraft** | **11/7** | **$6,150.00** | **$0.00** |
| **Premium Assignment** | **9/12** | **$17,733.22** | **$5,211.00** |
| **Progress Energy Florida Inc** | **9/27** **10/6** **11/7** | **$7,900.61** | **$0.00** |

*
* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ryerson** | **9/14** **9/15** **9/21** **9/27** | **$5,943.74** | **$0.00** |
| **Six Point Development Properties** | **9/12** **10/19** **10/21** **11/7** **11/7** | **$31,958.83** | **$0.00** |

None
■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **PNC Bank NA vs. Chapion Steel of Central Florida** **11-CA-4101-14-W** | **Collection** | **Circuit Court, 18th Judicial** | **Pending** |
| **Chatham Steel Corporation vs. Champion Steel of Central Florida** | **Collection** | **Circuit Court, 15th Judicial** | **Pending** |
| **American Metals Supply vs. Champion Steel of Central Florida** **11-14203** | **Collection** | **Circuirt Court, 13th Judicial** | **Pending** |
| **Alro Metals Service Center vs. Champion Steel of Central Florida** **202011CA008988** | **Collection** | **Circuirt Court, 15th Judicial** | **Pending** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mainstreet Bank** | **9/2011** | **$7600** |

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Law Office of Robert B. Branson 1501 E. Concord Street Orlando, FL 32803 | 11/2011 | $28,954.00 |
| Law Office of Robert B. Branson 1501 E. Concord Street Orlando, FL 32803 | 11/2011 | $2,000.00 - pre-bankruptcy matters |

5

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

6

**15. Prior address of debtor**

None ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **105 W. Wisconsin Avenue, Deland, FL 32720** | **Debtor** | |
| **1856 Patterson Avenue, Deland, FL** | **Debtor** | |
| **1857 Patterson Avenue, Deland, FL** | **Debtor** | |

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **1857 Patterson Avenue Deland, FL 32724** | **Department of Envioropnmental Protection** | **9/29/2009** | **OGC Case #09-3538** |

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **Department of Environmental Protection 3319 Maguire Blvd. Suite 232 Orlando, FL 32803** | **OLD-HW-09-210X** | **settlement amount unpaid** |

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Rhonda Hinds**<br>**595 N Courtney Pkwy**<br>**Merritt Island, FL 32953** | **2006-present** |
| **Lynne Henry**<br>**Champion employee** | **2006 - present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **FCCI** | **workers compensation** | **yearly** |
| **State of Florida** | **sales tax** | **most of 2010 - $190,000** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Rhonda Hinds** | |
| **preparing taxes** | |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **PNC Bank** | **June - October, 2011** |
| **Mainstreet Bank** | **July, 2011** |
| **Florida Surety** | **August, 2011** |
| **Amerfactors** | **October, 2011** |

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **2010** | **K. Ball** | **$158,000** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **2010** | **L. Henry** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Ironworkers CU 808** | **20-5632043** |


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **November 28, 2011**                    Signature    **/s/ Ellison marsil**

                                                                  **Ellison marsil**
                                                                  **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Champion Steel of Central Florida Corporation**_____,   Case No. _____

                                         Debtor          Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**November 28, 2011**_____     Signature  **/s/ Ellison marsil**_____

                                                                   **Ellison marsil**
                                                                   **President**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                   18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **Champion Steel of Central Florida Corporation**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 28, 2011**

**/s/ Ellison marsil**

**Ellison marsil**/**President**

Signer/Title

Champion Steel of Central Florida Corporation
PO Box 3478
Deland, FL 32721

Allied crawford, Inc.
1500 Fish Hatchery Road
Lakeland, FL 33801

Brand Energy Solutions
PO Box 91473
Chicago, IL 60693-1473

Robert B. Branson
Law Office of Robert B. Branson
1501 E. Concord Street
Orlando, FL 32803

Allstar Lift Trucks, Inc.
PO Box 590584
Orlando, FL 32859

Broadview Security
PO box 70834
Charlotte, NC 28272-0834

Action Bolt & Tool
PO Box 10864
West Palm Beach, FL 33419-0864

Alro Metals
PO Box 860673
Orlando, FL 32886

Business Card Visa
PO Box 15710
Wilmington, DE 19886-5710

ADK Structural Engineering
1510 E. Colonial Avenue
Suite 301
Orlando, FL 32803

American Metals Supply, Inc.
3119 Queen Palm Drive
Tampa, FL 33619

Capital Development Prop.
1856 Patterson Avenue
Deland, FL 32724

Airgas South
PO Box 532609
Atlanta, GA 30353-2609

Amerifactors
PO Box 628004
Orlando, FL 32862-8004

Capital Machine
911 US Hwy 301 South
Tampa, FL 33619

AISC
Dept. 5496
PO Box 3090
Milwaukee, WI 53201

Ancient City Crane Services
2779 A US 1 South Street
Saint Augustine, FL 32085

Central Florida Tool
PO Box 78593
Tavares, FL 32778

AISC Industry Fund AISC
c/o Legal Professionals, LLP
3411 Eagle Way
Chicago, IL 60675

Art Systems of Florida
1740 State Road 436
Suite 124
Winter Park, FL 32792

Chatham Steel
PO Box 930362
Atlanta, GA 31193

Akzo Nobel Paints, LLC
PO Box 905066
Charlotte, NC 28290-5066

Ben's Paint Supply
122 S. Segrave Street
Suite 140
Daytona Beach, FL 32114

City of Deland
PO Box 863399
Orlando, FL 32886-3399

Alfred Briand, Jr. & Sons
1705 Magnolia Avenue
Deland, FL 32724

Beyel Brothers, Inc.
PO Box 236246
Cocoa, FL 32923-6246

City of Deland Business
120 S. Florida Avenue
Deland, FL 32720

Cleveland City Forge
46950 State Route 18
Wellington, OH 44090

David Petit
40 Santiago Road
Debary, FL 32713-3338

Fastenal
PO Box 978
Winona, MN 55987-0978

Coastal Const. Products, Inc
3401 Philips Hwy
Jacksonville, FL 32207

Davis & Cleaton Engineering
103 W. Wisconsin Avenue
Deland, FL 32720

FEA, Inc.
5333 Pen Avenue
Sanford, FL 32773

Cobb & Cole
PO Box 2491
Daytona Beach, FL 32115-2491

Daytona Bolt & Nut
1328 N. Woodland Blvd.
Deland, FL 32720

FICEP Corporation
2301 Industry Court
Forest Hill, MD 21050

Coggin Ford
2655 N. Volusia Avenue
Orange City, FL 32763

Decorative Eletro Coating W.
1538 Garden Avenue
Daytona Beach, FL 32117

Florida Department of Revenu
5050 W. Tennessee Street
UCT - 6
Tallahassee, FL 32399

Consilitated Crane Inspec.

Deltacom
1058 PO Box 2252
Birmingham, AL 35246-1058

Florida Dept. of Enviro.
3319 Maguire Blvd.
Suite 232
Orlando, FL 32803-3767

County of Volusia
123 W. Indiana Avenue
Room 103
Deland, FL 32720-4602

Deluxe Business Checks
PO Box 74572
Cincinnati, OH 45274-2574

Florida Electric Works, Inc.
PO Box 1300
Deland, FL 32721-1300

County of Volusia Tax
PO Box 23237
Tampa, FL 33623-2237

F&M Mafco
Department 781
Cincinnati, OH 45269

Florida Surety Bonds, Inc.
620 N. Wymore Road
Suite 200
Maitland, FL 32751

Craftsman Detailing
PO Box 1328
Gold Bar, WA 98251-1328

Fabral
Department 3473
PO Box 2153
Birmingham, AL 35287-3473

FPL General Mail Facility
Miami, FL 33188-0001

Croteau Drafting, Inc.
416 16th Avenue N.E.
Saint Petersburg, FL 33704

Faden Builders, Inc.
PO Box 242
Tangerine, FL 32777

Gardens Radiology Assoc.
PO Box 6849
Duluth, GA 30095-6849

Gardner-Watson Decking, Inc.
305 Scarlet Blvd.
Oldsmar, FL 34677

House of Threads Corp.
PO Box 277
Birmingham, AL 35201-0277

Jose A. Rodrigues, Esq
2400 E. Commercial Blvd.
Suite 400
Fort Lauderdale, FL 33308

GEM Group

Hunigton Plasma

Kelly Services
PO Box 530437
Atlanta, GA 30353-0437

GoKlean Products, LLC
1220 Biscayne Blvd.
Unit L
Deland, FL 32724

Huntington Equipment Finance
PO Box 701096
Cincinnati, OH 45270-1096

King Architectural Metals
9611E. RL Thornton
Dallas, TX 75228

Greene-Hazel Associates, Inc
10739 Deerwood Park Blvd.
# 200
Jacksonville, FL 32256-2873

Infra-Metals, Co.
PO Box 409828
Atlanta, GA 30384-9828

Kirk M. Gibbons Esquire
3321 Henderson Blvd
Tampa, FL 33609

Greg Williams

Inphynet Contracting Serv.
PO Box 634702
Cincinnati, OH 45263-4702

Klingspor
PO Box 2367
Hickory, NC 28603-2367

High Reach 2
615 Hickman Circle
Sanford, FL 32771

Intarsia, Inc.
9550 Satellite Blvd.
Suite 180
Orlando, FL 32837

LBPS
PO Box 7162
Pasadena, CA 91109-7162

Hilti, Inc.
PO Box 382002
Pittsburgh, PA 15250-8002

Internal Revenue Service
400 W. Bay Street
Suite 35045
Stop 5730
Jacksonville, FL 32202

LeJeune Bolt Company
3500 W. Highway 13
Burnsille, AL 35337

Hollaender Mfg. Co.
PO Box 692071
Cincinnati, OH 45269-2071

IUOE
2187 Northlake Parkway
Building 9
Suite 106
Tucker, GA 30084-4149

Loft Painting & Decorating
PO Box 947570
Maitland, FL 32794-7570

Home Depot Card Services
PO Box 6029
The Lakes, NV 88901-6029

IWLU
200 East Landstreet Road
Suite A
Orlando, FL 32824

MacLan Corporation
PO Box 1906
Eaton Park, FL 33840

Mainstreet Community Bank
204 S. Woodland Blvd.
Deland, FL 32720

MMW Connection Design, Inc.
PO Box 1128
Auburn, GA 30011

Palm Beach Gardens Medical
3360 Burns Road
Palm Beach Gardens, FL 33410-4323

Matheson Tri-Gas
PO Box 845502
Dallas, TX 75284-5502

Modern Sales & Service
3718 Cedar Avenue
Minneapolis, MN 55407

Parknpool, Corp.
130 B Walker Street
Lexington, VA 24450

MBCI
PO Box 840326
Dallas, TX 75284-7690

Mr. First Aid
PO Box 521723
Longwood, FL 32752-1723

Patients First
1160 Apalachee Parkway
Tallahassee, FL 32301

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

NB Handy
Dept. #1653
PO Box 11407
35246-1653

PDM Bridge
2800 Melby Street
Eau Claire, WI 54703

McNichols, Co.
PO Box 101211
Atlanta, GA 30392-1211

Neff Rental, Inc.
PO Box 405138
Atlanta, GA 30384-5138

Perryman & Associates, Inc.
3329 Marsh Road
Deland, FL 32724

Messer Cutting Systtems, Inc
Bin 53017
Milwaukee, WI 53288

NES Rental
PO Box 8500-1226
Philadelphia, PA 19178-1226

PNC Bank
c/o Brandon Forgione, Esquir
Broad and Cassel
One N. Clematis Street, Suit
West Palm Beach, FL 33401

Metalplate Galvanizing
PO Box 1463
Birmingham, AL 35201

Nuts & Bolts, Etc.
115 Habersham Drive
Longwood, FL 32779

PNC Bank NA
101 W. Washington Street
5th Floor
Indianapolis, IN 46255

Midland National Life In.
PO Box 77065
Minneapolis, MN 55480-7765

Ocean Machinery
6720 NW 15th Way
Fort Lauderdale, FL 33309

PNC Businees Card
PO box 856177
Louisville, KY 40285-6177

Miller Bearings
PO Box 3469
Orlando, FL 32802-3469

Office Depot
PO Box 88040
Chicago, IL 60680-1040

PNC Commercial Loan Oper.
PO Box 747046
Pittsburgh, PA 15274-7046

PPG
PO Box 536864
Atlanta, GA 30353-6864

Railey, Harding & Allen, PA

Sherwin-Williams
216 S. Woodland Blvd.
Deland, FL 32720

Premium Assignment Corp.
PO BOx 3066
Tallahassee, FL 32315

Ray Valdez, Tax Collector
PO Box 630
Sanford, FL 32772

SIMS Crane & Equipment Renta
PO Box 11825
Tampa, FL 33680-1825

Professional Service Indus.
16707 Collestions Center DRi
Chicago, IL 60693

Redwire, LLC
1136 Thomasville Rd
Tallahassee, FL 32303

Six Points

ProSouth Fastners
PO Box 10323
Birmingham, AL 35202

Rhonda L Hinds & Assoc
400 E Merrit Avenue, Ste C
Merritt Island, FL 32953

Southeastern Freight Lines,
Inc.
PO Box 100104
Columbia, SC 29202-3104

Pudget Sound Bender

Ring Power Corp
PO Box 45022
Jacksonville, FL 32232-5022

Southern Benfit Adminstrator
PO Box 1449
Goodlettsville, TN 37070

Pudget Sound Drill Line

S.F. Travis Company
Drawer 490
Cocoa, FL 32923-0490

Sprint
PO Box 4181
Carol Stream, IL 60197-4191

Pudget Sound Forklift

SE Ironworkers Healthcare Pl
%GEMGroup
1200 Three Gateway Center
Pittsburgh, PA 15222

Suburban Propane
425 N Adelle Ave
Deland, FL 32720

Puget Sound Leasing
PO Box 1295
Issaquah, WA 98027

Security Networks, LLC
3223 Commerce Place
Suite 101
West Palm Beach, FL 33407

TD Bank
PO Box 8400
Lewiston, ME 04243-8400

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Service Partners of Georgia
Attn:  Accounts Receivable
PO Box 2676
Mechanicsville, VA

TD Bank
PO Box 400
Fort Pierce, FL 34954-0400

Tennant Printing
PO Box 432
Deland, FL 32721-0432

United States Treasury
Cincinnati, OH 45999-0039

The Soro Lawe Group PA
2400 E. Commercial Blvd.
Suite 400
Fort Lauderdale, FL 33308

Volusia County
123 W. Indiana
Deland, FL 32720

The Swiss Colony
PO Box 2814
Monroe, WI 53566-8014

Volusia County Revenue
250 N Beach Street, Room 101
Daytona Beach, FL 32114-3317

Total Visioin Eye Health Asc

Wagner Companies
PO Box 423
Butler, WI 53007-0423

Town & Country Industrial
400 west McNah Road
Fort Lauderdale, FL 33309

Wells Fargo
PO Box 6426
Carol Stream, IL 60197-6426

Travelers
Cl Remittance Center
Hartford, CT 06183-1008

Wells Fargo Bank
PO Box 54780
Los Angeles, CA 90054-0780

Triangle Fastner Corporation
4308 Solutions Center
Chicago, IL 60677-4003

Whitefab Inc.
PO Box 36967
Birmingham, AL 35236-6967

Tubular Steel
1031 Executive Pkwy
Saint Louis, MO 63141-6351

Wright Exp aka Fleet Service
PO Box 6293
Carol Stream, IL 60197-6293

UniFirst Corporation
1455 Buffalo Rd
Titusville, FL 32796

# United States Bankruptcy Court
## Middle District of Florida

In re   **Champion Steel of Central Florida Corporation**          Case No.

                                              Debtor(s)       Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 28,954.00 |
| Prior to the filing of this statement I have received | $ | 28,954.00 |
| Balance Due | $ | 0.00 |

2.    $  **1,046.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

       ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

       ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 28, 2011**             **/s/ Robert B. Branson**
                                          **Robert B. Branson 800988**
                                          **Law Office of Robert B. Branson**
                                          **1501 E. Concord Street**
                                          **Orlando, FL 32803**
                                          **407 894 6834  Fax: 407 894 8559**
                                          **lawbankruptcy1@aol.com, Tammyb876@aol.com**

# United States Bankruptcy Court
## Middle District of Florida

In re   **Champion Steel of Central Florida Corporation**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Champion Steel of Central Florida Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 28, 2011**

Date

**/s/ Robert B. Branson**

**Robert B. Branson 800988**

Signature of Attorney or Litigant

Counsel for   **Champion Steel of Central Florida Corporation**

**Law Office of Robert B. Branson**
**1501 E. Concord Street**
**Orlando, FL 32803**
**407 894 6834 Fax:407 894 8559**
**lawbankruptcy1@aol.com, Tammyb876@aol.com**